**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| PATRICK WALLACE, and | ) | BK 09-17202-TMW |
| MELANIE WALLACE, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

PAYMENT OF FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not mailed for the reason that the dividend to be paid to each creditor was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3010 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Amount |
|---|---|---|---|
| 15 | 123 | Recovery Management Systems Corporation<br>For GE Money Bank, dba GAP<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $ 4.60 |

Dated: 6/21/10

/s/Janice D. Loyd
JANICE D. LOYD, OBA #11910
BELLINGHAM, COLLINS & LOYD, P.C.
210 Park Ave., Suite 2050
Oklahoma City, OK  73102
(405)235-9371   (405)232-1003(FAX)
jdltrustee@bcllawfirm.com
ATTORNEY FOR TRUSTEE